**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-7403**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JAMEL CAMPBELL,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:02-cr-00123-RBS-2)

———————————

Submitted:  January 14, 2009        Decided:  February 10, 2009

———————————

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jamel Campbell, Appellant Pro Se.  Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamel Campbell appeals the district court's order denying his motion for reconsideration of the order finding him ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Campbell</u>, No. 2:02-cr-00123-RBS-2 (E.D. Va. June 16 & July 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>